Doreka JONES, Plaintiff—Appellant,

and

Tina Mayfield; Angela Davis; Greg Powell; Yvette Manning; Tamika Chaney; Marsaille Powell, Plaintiffs,

v.

PIZZA HUT OF NEW BERN, INCORPORATED, Defendant—Appellee.

No. 06–1827.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 18, 2006.

Doreka Jones, Appellant Pro Se. Kevin S. Simon, Fisher & Phillips, LLP, Chicago, Illinois, for Appellee.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doreka Jones appeals the district court's order granting summary judgment for her employer and dismissing her civil action alleging employment discrimination in violation of 42 U.S.C. § 1981 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for

the reasons stated by the district court. *Jones v. Pizza Hut of New Bern, Inc.*, No. 4:04–cv–00004–H (E.D.N.C. Aug. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*